```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        4:06CR3105
                               )
       v.                      )
                               )
MARCOS BANDA-RAMIREZ,          )        ORDER
                               )
              Defendant.       )
                               )
```

J. William Gallup has been retained and has entered his appearance as counsel for the Defendant, Marco Banda Ramirez. Filing 13.

IT THEREFORE HEREBY IS ORDERED:  The motion to withdraw, filing 14, filed by defendant's appointed counsel, Michael D. Nelson, is granted.

DATED this 24th day of August, 2006.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge