IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARCOS BANDA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned will commence another jury trial on November 13, 2006. Accordingly,

IT IS ORDERED that this matter is removed from the undersigned's trial docket and is continued until further order of this court. Magistrate Judge Piester is requested to reschedule this matter for trial.

November 7, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge