IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )            4:06CR3105
        v.                      )
                                )
MARCOS BANDA-RAMIREZ,           )
                                )              ORDER
                Defendant.      )
                                )

Pursuant to the order of the Honorable Richard G. Kopf dated November 7, 2006, filing 20,

IT IS ORDERED:

Trial of this matter is rescheduled for 9:00 a.m, December 18, 2006 in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge