```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3105 |
| v. | ) | |
| | ) | |
| MARCOS BANDA-RAMIREZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon the defendant's unopposed oral motion to change the time of his plea hearing,

IT IS ORDERED:

1. The Change of Plea hearing is rescheduled to from December 18, 2006 at 9:30 a.m. to **December 18, 2006 at 11:00 a.m.** The hearing will be conducted before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 21st day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge