IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARCOS BANDA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's unopposed motion to continue sentencing (filing 39) is granted;

(2)   The defendant's evidentiary hearing and sentencing are rescheduled to Tuesday, April 24, 2007, from 12:30-1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

March 2, 2007.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge